UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6-18-cv-1342-Orl-40-DCA

ANGELA MORGAN, individually
and on behalf of all others similarly situated,

    Plaintiffs,

vs.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.,
d/b/a FLORIDA HOSPITAL ORLANDO

    Defendant.

_____/

## NOTICE OF WITHDRAWAL OF ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED CLASS ACTION COMPLAINT

Defendant, ADVENTIST HEALTH SYSTEM/SUNBELT, INC., d/b/a Florida Hospital (the "Defendant"), by and through its undersigned counsel, withdraws its Answer and Affirmative Defenses [Doc. 18] to the Amended Class Action Complaint and Demand for Jury Trial filed by the Plaintiff, Angela Morgan, as said Answer was erroneously filed under the wrong CM/ECF attorney/name and will be re-filed with the correct filer.

/s/ Maureen A. Pateman
MAUREEN A. PATEMAN
Florida Bar No. 0605530
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
maureen.pateman@gray-robinson.com (primary)
cherita.mcdonough@gray-robinson.com (secondary)
Attorneys for Defendant, Adventist Health/Sunbelt, Inc. d/b/a Florida Hospital

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed and has been furnished via electronic service to Keith J. Keogh, Esq., keith@keoghlaw.com and William "Billy" Peerce Howard, Esq., Billy@TheConsumerProtectionFirm.com, on this 5th day of October, 2018.

/s/ Maureen A. Pateman
MAUREEN A. PATEMAN