UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-cv-1342-Orl-78DCI

ANGELA MORGAN, individually
and on behalf of all others similarly situated,

    Plaintiffs,

vs.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.,
d/b/a FLORIDA HOSPITAL ORLANDO, MEDICAL
SERVICES, INC. and NORTH AMERICAN CREDIT
SERVICES, INC.,

    Defendants.
_____/

## **JOINT NOTICE OF SETTLEMENT**

The Plaintiff, ANGELA MORGAN individually and on behalf of all others similarly situated ("Morgan"), represented by lead trial counsel, Keith J. Keogh, Esq. of Keogh Law, Ltd. and the Defendants, ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a FLORIDA HOSPITAL ORLANDO, now known as ADVENTHEALTH ORLANDO ("Florida Hospital Orlando" or the "Hospital"), represented by lead trial counsel, John M. Brennan, Esq. of GrayRobinson, P.A., and MEDICAL SERVICES, INC. ("MSI") and NORTH AMERICAN CREDIT SERVICES, INC. ("NACS"), represented by lead trial counsel, J. Scott McDearman, Esq. of Grant Konvalinka & Harrison. P.C. (collectively "Defendants"), pursuant to Local Rule 3.08(a), hereby notify the Court of the settlement of all claims in this matter.

The parties expect to file a joint stipulation for the dismissal of this case, with

prejudice, on or before February 7, 2020.

Respectfully submitted this 28th day of January, 2020.

| /s Keith J. Keogh_____ | /s/ John M. Brennan_____ |
|---|---|
| KEITH J. KEOGH | JOHN M. BRENNAN |
| Florida Bar No. 0126335 | Florida Bar No: 0297951 |
| THEODORE H. KUYPER *(Pro Hac Vice)* | DEBORAH L. LA FLEUR, B.C.S. |
| Keogh Law, Ltd. | Florida Bar No. 0185590 |
| 55 W. Monroe Street, Suite 3390 | MICHAEL R. SANTANA |
| Chicago, Illinois 60603 | Florida Bar No: 42124 |
| (312) 726-1091 Telephone | JOHN M. BRENNAN, JR. |
| (312) 726-1093 Facsimile | Florida Bar No.: 0098456 |
| keith@keoghlaw.com | GrayRobinson, P.A. |
| tkuyper@keoghlaw.com | 301 E. Pine Street, Suite 1400 |
| -and- | Post Office Box 3068 |
| HEATHER H. JONES | (407) 843-8880 Telephone |
| Florida Bar No. 0118974 | (407) 244-5690 Facsimile |
| WILLIAM "BILLY" PEERCE HOWARD | jay.brennan@gray-robinson.com |
| Florida Bar No. 0103330 | deborah.lafleur@gray-robinson.com |
| The Consumer Protection Firm, PLLC | michael.santana@gray-robinson.com |
| 4030 Henderson Blvd. | jack.brennan@gray-robinson.com |
| Tampa, Florida 33629 | *Attorneys for Defendant,* |
| (813) 500-1500 Telephone | *AdventHealth Orlando* |
| (813) 435-2369 Facsimile | |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for the Plaintiff, Angela Morgan and the Putative Class* | |

/s/ J. Scott McDearman
J. SCOTT MCDEARMAN
*(Pro Hac Vice)*
Grant, Konvalinka & Harrison, PC
633 Chestnut Street, Suite 900
Chattanooga, Tennessee 37450
(423) 756-8400 Telephone
(423) 756-6518 Facsimile
smcdearman@gkhpc.com
      -and-
DALE T. GOLDEN
Florida Bar No. 0094080
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
(831) 241-3632 Telephone
DGolden@gsgfirm.com
*Attorneys for Defendants,*
*Medical Services, Inc. and North*
*American Credit Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished via electronic service to Heather H. Jones, Esq. (*Heather@TheConsumerProtectionFirm.com*); Keith J. Keogh, Esq. (*keith@keoghlaw.com*), Theodore H. Kuyper, Esq. (*tkuyper@keoghlaw.com*); William "Billy" Peerce Howard, Esq. (*Billy@TheConsumerProtectionFirm.com*); Charles J. McHale, Jr. (*cmchale@gsgfirm.com*); Dale Thomas Golden (*dgolden@gsgfirm.com*) and James S. McDearman (*SMcDearman@GKHpc.com*), on this 28th day January, 2020.

/s/ John M. Brennan
John M. Brennan

3