# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANGELA MORGAN,

        Plaintiff,

v.                                   Case No:  6:18-cv-1342-Orl-78DCI

ADVENTIST HEALTH
SYSTEM/SUNBELT, INC., MEDICAL
SERVICES, INC. and NORTH
AMERICAN CREDIT SERVICES, INC.,

        Defendants.
_____/

## ORDER

The Court has been advised by the Joint Notice of Settlement that the above-styled action has been completely settled.  (Doc. 212 at 1).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** in Orlando, Florida on January 29, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record